# United States Bankruptcy Court
## Northern District of Georgia

In re: **Edwina Irene Lawrence**

Debtor

Case No.: **17-53799**
Chapter: **7**

Address: **1408 Richland Rd. SW
Atlanta, GA 30310**

Employer's Tax Identification (EIN) No(s).:
Last four digits of Social Security No(s). : **xxx-xx-1579**

## NOTICE OF MOTION

Please take notice that on _____ at _____ .m., I shall appear in the U.S. Bankruptcy Court for the **Northern District of Georgia** at the **(insert courthouse address)** before the Honorable Judge Baiser in Courtroom _____ and then and there present the following motion:

**Motion to withdraw Motion to Avoid Lien with Zelda Gills**

Date **May 2, 2017**

Signature **/s/ Brett W. Clark**
Name **Brett W. Clark 126931**
Address **Brett Clark Law
P O Box 2693
Smyrna, GA 30081-2693**