# United States Bankruptcy Court
### Northern District of Georgia

In re: **Edwina Irene Lawrence**　　　　　　　　　　　　　Case No.: **17-53799**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: **7**
　　　　Debtor

Address: **1408 Richland Rd. SW**
**Atlanta, GA 30310**

Employer's Tax Identification (EIN) No(s).:
Last four digits of Social Security No(s).: **xxx-xx-1579**

## NOTICE OF MOTION

Please take notice that on ____ at ____ .m., I shall appear in the U.S. Bankruptcy Court for the **Northern District of Georgia** at the **(insert courthouse address)** before the Honorable Judge Baiser in Courtroom ____ and then and there present the following motion:

**Motion to withdraw Motion to Avoid Lien with WRI Property Management, LLC**

Date **May 2, 2017**　　　　　　　　　　　Signature  **/s/ Brett W. Clark**
　　　　　　　　　　　　　　　　　　　　　Name　　　**Brett W. Clark 126931**
　　　　　　　　　　　　　　　　　　　　　Address　 **Brett Clark Law**
　　　　　　　　　　　　　　　　　　　　　　　　　　**P O Box 2693**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Smyrna, GA 30081-2693**