UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

EDWINA IRENE LAWRENCE,             CASE NO.:  17-53799-PMB
                                                        CHAPTER 7

    Debtor.

_____

## NOTICE TO WITHDRAW DOCKET 15

COMES NOW, Debtor, by and through counsel, in the above-styled bankruptcy, and files this Notice to Withdraw Docket No. 15 filed on April 14, 2017.

This 17th day of May, 2017.

                                             Respectfully submitted,
                                             /s/ Brett W. Clark
                                             Brett W. Clark, GBN 126931
                                             Law Office of Brett W. Clark, P.C.
                                             P O Box 2693
                                             Smyrna, GA 30081-2693
                                             (404) 981-2950
                                             info@bwclarklaw.com
                                             Attorney for Debtor

CERTIFICATE OF SERVICE

I certify that I have this 17th day of May, 2017 served the following parties with a copy of the within and foregoing Pleading by placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Neil C. Gordon
Chapter 7 Trustee
171 17th St., N.W.
Atlanta, GA 30363

Edwina Irene Lawrence
1408 Richland Road, SW
Atlanta, GA 30310

Oak Park of Vinings
400 Winchester Trail SE
Atlanta, GA 30303

Respectfully submitted,
/s/ Brett W. Clark_____
Brett W. Clark, GBN 126931
Law Office of Brett W. Clark, P.C.
P O Box 2693
Smyrna, GA 30081-2693
(404) 981-2950
info@bwclarklaw.com
Attorney for Debtor